**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BAKHODIR AMANOV,<br><br>   Petitioner,<br><br>   v.<br><br>NATHALIE ASHER, *et al*.,<br><br>   Respondents. | CASE NO.  C11-436-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondents' motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. This action is DISMISSED as moot; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 26th day of May 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1